1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11  MERLE MORRIS,                                )          CV F- 07-00282 OWW DLB P
                                                )
12                                              )          ORDER ADOPTING FINDINGS AND
                         Plaintiff,             )          RECOMMENDATIONS RE
13                                              )          DISMISSAL OF ACTION
              v.                                )
14                                              )          (Doc. 12)
    J. NUNLEY, et. al.,                         )
15                                              )
                         Defendants.            )
16  _____)

17

18

19          Plaintiff Merle Morris ("plaintiff") is a state prisoner proceeding pro se in this civil rights

20  action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

21  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22          On February 29, 2008, the Magistrate Judge filed a Findings and Recommendations herein

23  which was served on the plaintiff and which contained notice to the plaintiff that any objections to

24  the Findings and Recommendations were to be filed within thirty days.  Plaintiff has not filed timely

25  objections to the Findings and Recommendations.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this

27  Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

28  Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

U.S. District Court
E. D. California

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations, filed February 29, 2008, is adopted in full; and

3    2.    This action is dismissed in its entirety based on plaintiff's failure to obey the court's order of January 10, 2008.IT IS SO ORDERED.

4    **Dated:    April 7, 2008**                        **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California

2